UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

RICHARD T. RONQUIST,

Petitioner,

v.

DAVID CRIST, Warden
Minnesota Correctional Facility
Stillwater, MN,

Respondent.

CIVIL NO. 02-120 (MJD/JMM)

ORDER

The above matter comes before the undersigned upon Petitioner's Motion for a 30-Day Stay of Proceedings [Docket No. 10].

The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED that Petitioner's Motion [Docket No. 10] is granted only as follows: The time for Petitioner to file his Reply is extended. Petitioner shall cause his Reply to be served and filed with the Court no later than April 1, 2002.

Dated: March 6, 2002

JOHN M. MASON
United States Magistrate Judge

FILED MAR 06 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________