# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA
# St. Paul, Minnesota

## NOTICE TO COUNSEL

Civil Case No.: **0:02-CV-120 JEL/JMM**

Ronquist

v

Crist

**IN RE:** **Notice of Reassignment of Magistrate Judge**
**NEW - 0:02-CV-120 JEL/FLN**

**AT THE COURT'S DIRECTION,** the Clerk of Court is directed to refer the above-entitled case to **U S District Court Magistrate Judge Franklin L. Noel** to handle magistrate judge proceedings in this case.

If you have questions or concerns regarding this assignment, please direct your inquiries to **Cathy Orlando at 612 664-5110.**

DATE: **June 18, 2002**

[signature]

**Richard D. Sletten, Clerk**

(17)

FILED June 18, 2002
RICHARD D. SLETTEN, CLERK
Judgment Ent'd. ____
Deputy Clerk's Initials JEM