**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

RICHARD T. RONQUIST, 02cv120 (JEL/FLN)

Plaintiffs,

v.

**DISQUALIFICATION ORDER**

DAVID CRIST, Warden,
Minnesota Correction Facility,
Stillwater, MN,
SHERYL RAMSTAD HVASS,
Commissioner of Corrections,

Defendants.

---

The above-captioned case has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code, Section 455, the undersigned recuses herself from hearing this matter. Accordingly,

**IT IS ORDERED** pursuant to this Court's Assignment of Cases Order dated May 30, 2002, the above captioned action shall be resubmitted to the Clerk of Court for reassignment, and the Clerk is further directed to void and reuse a card on the Habeas list of the automated case assignment system.

**IT IS FURTHER ORDERED** that a copy of this Order shall be filed in the above-captioned case.

DATED: August 7, 2002.

JOAN E. LANCASTER, Judge
United States District Court

FILED AUG 0 9 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Richard T. Ronquist

vs. 02-120MJD/FLN

David Crist, Warden, et al

Pursuant to an Order of Disqualification by Judge Joan E. Lancaster, the above-entitled matter has been re-assigned to Judge Michael J. Davis. Please note the change in the judge initials and refer to them when submitting materials to the court. Please also note the Magistrate Judge Noel remains the MJ.