UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Richard T. Ronquist,

Civil File No. 02-120 (MJD/FLN)

Petitioner,

v.

**ORDER**

David Crist, Warden, et al.

Respondents.

---

This matter is before the Court upon Petitioner's Application for Certificate of Appealability ("COA") to allow appeal of this Court's order denying his motion pursuant to 28 U.S.C. § 2254. A state prisoner is not permitted to appeal a final order in a habeas corpus proceeding without first securing a Certificate of Appealability ("COA"). 28 U.S.C. § 2253(c)(1)(A); Fed. R. App. P. 22(b)(1). Federal district courts cannot grant a COA unless the petitioner "has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (emphasis added); see also, Tiedeman v. Benson, 122 F.3d 518, 522 (8th Cir. 1997). A COA will not necessarily be granted simply because the appeal is pursued in good faith and raises a non-frivolous issue. Kramer v. Kemna, 21 F.3d 305, 307 (8th Cir. 1994) ("[g]ood faith and lack of frivolousness, without more, do not serve as sufficient bases for issuance of a certificate"). Instead, the petitioner must satisfy a higher standard. The petitioner must show that the issues to be raised on appeal are "debatable among reasonable jurists," that different courts "could resolve the issues differently," or that

OCT
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

the issues otherwise "deserve further proceedings." Flieger v. Delo, 16 F.3d 878, 882-83 (8th Cir.), cert. denied, 513 U.S. 946 (1994), citing Lozado v. Deeds, 498 U.S. 430, 432 (1991) (per curiam); Cox v. Norris, 133 F.3d 565, 569 (8th Cir. 1997), cert. denied, 119 S.Ct. 89 (1998).

As amply explained in Magistrate Judge Noel's Report and Recommendation, Petitioner's application for habeas relief cannot properly be entertained in federal court because it is untimely. Accordingly, for the foregoing reasons, **IT IS HEREBY ORDERED** that Petitioner's Application is **DENIED**.

Dated: 10-18-02

Michael J. Davis
Michael J. Davis
United States District Court Judge